AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

**FILED**

APR 1 7 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>Jerome Charles Marty<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:15 MJ 7124 SPM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 1, 2015 - April 16, 2015  in the county of  St. Louis  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer John Halliday, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/17/2015

*Judge's signature*

City and state:  St. Louis, Missouri   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*