# Courtroom Minutes Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS
## JUDGE CAROL E. JACKSON

Date February 8, 2016   Case No. 4:15cr213-CEJ
UNITED STATES v. Jerome Charles Marty
Courtroom Deputy Kara Scheele   Court Reporter Susan Moran
Interpreter _____

AUSA: Robert Livergood
Defendant's Counsel: Kevin Curran
Defendant's Age: 57   Education: Graduated Highschool

## ARRAIGNMENT/PLEA:
☐ Defendant waives assistance of counsel.   Waiver filed
☐ Arraignment continued until _____ at _____.
☐ Defendant signs waiver of indictment/consents to proceed by information.
☐ Criminal information filed.   ☐ Superseding indictment/information filed
☐ Defendant waives reading of indictment/information .
☐ Defendant arraigned.
☐ Defendant enters plea of   ☐ **Guilty**   ☐ **Not Guilty** to Count(s) _____ of the (superseding) indictment/information .

## CHANGE OF PLEA:
☒ Defendant found competent to enter a guilty plea
☒ Guilty Plea Agreement filed
☒ The Court
   ☒ *adopts and approves* the Guilty Plea Agreement
   ☐ *defers the adoption* of the Guilty Plea Agreement
☐ Guilty Plea Agreement filed under **seal**

☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to Count(s) 1 of the (superseding) indictment/information .

☒ Sentencing set May 10, 2016 at 10:00 .
☐ Count(s) _____ held in abeyance until sentencing.
☒ Probation Officer in courtroom

☒ Defendant is **remanded** to custody   ☐ Defendant is released on existing **bond**

**Proceedings**: 9:55 – 10:15